1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  JAMES C. MANN (CABN 221603)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340-S
6       Oakland, California 94612
        Telephone:  (510) 637-3705
7       Facsimile:  (510) 637-3724
        E-Mail:     James.C.Mann@usdoj.gov
8
9  Attorneys for Plaintiff

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13 UNITED STATES OF AMERICA,           )   No. CR-09-00368 CW
                                       )
14      Plaintiff,                     )   PETITION FOR AND WRIT OF HABEAS
                                       )   CORPUS AD PROSEQUENDUM
15      v.                             )
                                       )
16 JAMES MORGAN,                       )
                                       )
17      Defendant.                     )
                                       )
18

19      TO:    The Honorable Maria-Elena James, United States Magistrate Judge of the United

20             States District Court for the Northern District of California:

21      Assistant United States Attorney James C. Mann respectfully requests that this Court

22 issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, JAMES MORGAN

23 (PFN No. BGE778), whose place of custody and jailor are set forth in the requested Writ,

24 ////

25 ////

26 ////

27 ////

28 ////

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-09-00368 CW

1  attached hereto.  The prisoner is required as the defendant in the above-entitled matter in this
2  Court, and therefore petitioner prays that this Court issue the Writ as presented.
3
4  Dated: April 15, 2009                    Respectfully submitted,
5                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney
6
7
                                            _____/s/_____
8                                            JAMES C. MANN
                                            Assistant United States Attorney
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-09-00368 CW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-09-00368 CW |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER GRANTING PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| v. | ) | |
| JAMES MORGAN, | ) | |
| Defendant. | ) | |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States' request for issuance of a Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant JAMES MORGAN (PFN No. BGE778), before the Hon. Wayne D. Brazil, United States Magistrate Judge, at 10:00 a.m. on Monday, May 4, 2009 or as soon thereafter as may be practicable, is granted, and the Writ shall be issued as presented.

DATED:  April 15, 2009

HON. BERNARD ZIMMERMAN
United States Magistrate Judge

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-09-00368 CW

| | |
|---|---|
| 1 | THE PRESIDENT OF THE UNITED STATES OF AMERICA |
| 2 | TO:  FEDERICO ROCHA, United States Marshal, Northern District of California, and/or any of his authorized deputies, and the Sheriff for Alameda County, and/or any of his authorized deputies: |
| 3 | |
| 4 | GREETINGS |
| 5 | WE COMMAND that on Monday, May 4, 2009 at 10:00 a.m., or as soon thereafter as |
| 6 | practicable, you have and produce the body of JAMES MORGAN (PFN No. BGE778), in your |
| 7 | custody in the Santa Rita Jail, or any other institution in the Sheriff's custody, before the United |
| 8 | States District Court in and for the Northern District of California, in the Courtroom of the Hon. |
| 9 | Wayne D. Brazil, United States Magistrate Judge, 1301 Clay Street, Oakland, California 94612 |
| 10 | on the third floor, in order that JAMES MORGAN may then appear for an initial appearance |
| 11 | upon the charges heretofore filed against him in the above-entitled Court, and that immediately |
| 12 | after said hearing to return him forthwith to said above-mentioned institution or abide by such |
| 13 | order of the above-entitled Court as shall thereafter be made concerning the custody of said |
| 14 | prisoner, and further to produce said prisoner at all times necessary until the termination of the |
| 15 | proceedings in this Court; |
| 16 | IT IS FURTHER ORDERED that should the local or state custodian release from its custody |
| 17 | the above-named person, he be immediately delivered and remanded to the United States |
| 18 | Marshal and/or his authorized deputies under this Writ. |
| 19 | WITNESS the Hon. Bernard Zimmerman, United States Magistrate Judge, United States |
| 20 | District Court for the Northern District of California. |
| 21 | DATED: April 15, 2009 |
| 22 | CLERK, UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |
| 23 | |
| 24 | |
| 25 | By:  _____Rose Maher_____  DEPUTY CLERK |
| 26 | |
| 27 | |
| 28 | |

PETITION AND [PROPOSED] ORDER FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM
No. CR-09-00368 CW