IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>JAMES MORGAN,<br><br>   Defendant. | Case No. 09-cr-00368-CW-1<br><br>ORDER TO SHOW CAUSE RE: JOHNSON CLAIM RAISED IN SECTION 2255 MOTION |

Before the Court is the motion of James Morgan (Movant) for an order under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence on the ground that his sentence has been rendered invalid by the Supreme Court's holdings in Johnson v. United States, 135 S. Ct. 2551 (2015) and Sessions v. Dimaya, 138 S. Ct. 1204 (2018).

The following deadlines will apply: (1) within 75 days after the § 2255 motion was filed, the government shall file an opposition conforming in all respects to Rule 5 of the Rules Governing Section 2255 Proceedings, showing cause why the court should not "vacate, set aside or correct the sentence" being served by Movant; (2) Movant shall file a reply brief 45 days after the opposition is filed.

Thereafter, the matter will be deemed submitted on the papers.

**IT IS SO ORDERED.**

Dated: September 4, 2018

                _____
                CLAUDIA WILKEN
                United States District Judge