IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES MORGAN,<br><br>    Defendant. | Case No. 09-cr-00368-CW-1<br><br>ORDER TO SHOW CAUSE REGARDING BRIEFING SCHEDULE DEADLINES |

On July 27, 2018, Movant James Morgan filed a motion pursuant to 28 U.S.C. § 2255 to vacate, set aside or correct his sentence on the ground that his sentence has been rendered invalid by the United States Supreme Court's holdings in Johnson v. United States, 135 S. Ct. 2551 (2015), and Sessions v. Dimaya, 138 S. Ct. 1204 (2018). On September 4, 2018, the Court issued an Order setting the following briefing schedule:

> (1) within 75 days after the § 2255 motion was filed, the government shall file an opposition conforming in all respects to Rule 5 of the Rules Governing Section 2255 Proceedings, showing cause why the court should not "vacate, set aside or correct the sentence" being served by Movant; (2) Movant shall file a reply brief 45 days after the opposition is filed.

Docket No. 31. Accordingly, the government's opposition was due by October 10, 2018. The government failed to meet this deadline and has not filed any opposition or request for an extension to file an opposition to date. The Court ORDERS (1) the government to show cause for its failure to comply with the Court's September 4, 2018, Order within fourteen days after the issuance of this Order; (2) the government to file within fourteen days after the issuance of this Order an opposition conforming in all

respects to Rule 5 of the Rules Governing Section 2255 Proceedings and that shows cause as to why the Court should not "vacate, set aside or correct the sentence" being served by Movant; and (3) Movant to file a reply brief within forty-five days after the opposition is filed. Thereafter, the matter will be deemed submitted on the papers.

IT IS SO ORDERED.

Dated: December 7, 2018

CLAUDIA WILKEN
United States District Judge